AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RICKY WEBB,

      Petitioner,         JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:04-cv-00116-JCM-RAM**

MIKE BUDGE, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the first amended petition for a writ of habeas corpus is DENIED.


  April 30, 2008                                      **LANCE S. WILSON**
                                                                                 Clerk

                                                                                 /s/ Kalani Lizares
                                                                                     Deputy Clerk